IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MACK OLEN SELF                                                                            PLAINTIFFS
and CLAY C. CLARK

V.                              CASE NO. 3:11CV00234 JLH-BD

DOES                                                                                          DEFENDANTS

## ORDER

Plaintiff Mark Olen Self, who is currently incarcerated in the Lawrence County Jail, filed a pro se complaint under 42 U.S.C. § 1983 on behalf of himself and Clay C. Clark. (Docket entry #1) Neither Plaintiff, however, has paid the $350.00 filing fee or filed an application to proceed *in forma pauperis.*

The Clerk of Court is directed to send Mr. Self and Mr. Clark a copy of this order and *in forma pauperis* application forms. Mr. Self and Mr. Clark each must return completed *in forma pauperis* applications, including accompanying affidavits and prison account information sheets, or pay the $350.00 filing fee. This must be completed within thirty days of the date of this order, or the lawsuit may be dismissed.[1]

---

[1] Mr. Self and Mr. Clark must comply with the Court's Local Rules, including Rule 5.5(c)(2): "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

In the complaint, Mr. Self complains generally about the conditions of the Lawrence County Jail. He does not specifically state how he or Mr. Clark have suffered any constitutional injury as a result of those conditions; nor does he identify the individuals responsible for conditions he deems unsuitable.

For that reason, Mr. Self and Mr. Clark must file an amended complaint specifically stating what injury, if any, each of them has suffered as result of the alleged unconstitutional conditions. And they must specifically identify the persons responsible for causing injury.

IT IS SO ORDERED this 15th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE