**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MACK OLEN SELF                                                         PLAINTIFFS
and CLAY C. CLARK

v.                                    NO. 3:11CV00234-JLH-BD

DOES                                                                   DEFENDANTS

<u>**ORDER**</u>

On November 8, 2011, Plaintiffs Mack Olen Self and Clay C. Clark, who at the time were

inmates in the Lawrence County Jail, filed this case *pro se* under 42 U.S.C. § 1983.  (Docket entry

#1).  Neither Plaintiff paid the statutory filing fee when they filed this case; and neither moved to

proceed *in forma pauperis*.  They were ordered to pay the filing fee or to file completed *in forma*

*pauperis* applications, including the required affidavits and prison account information sheets, on

or before December 16, 2011.  (Docket entry #2).

Plaintiffs were further ordered to file an amended complaint specifically stating what injury,

if any, each of them had suffered as a result of the alleged unconstitutional conditions at the Jail, and

to specifically identify the persons responsible for causing injury.  Mr. Clark filed a motion to

proceed *in forma pauperis*, which was granted on November 28, 2011.  Mr. Self, however, has not

filed an application to proceed *in forma pauperis* or paid the filing fee.

Neither of the Plaintiffs has filed an amended complaint, as ordered, and the deadline for

providing the additional documentation has expired.  They were warned that failure to comply with

the Court's Order could result in dismissal of this case.

The complaint, as written, does not state a federal claim for relief because it fails to identify

the person or persons responsible for alleged misconduct; and it fails to state what injury, if any,

either Plaintiff has suffered.  Messrs. Self and Clark have not complied with the Court's Order of

November 15, 2011, and their complaint is, therefore, dismissed, without prejudice, under Local

Rule 5.5(c)(2).

DATED this 9th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE