**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MACK OLEN SELF                                                    PLAINTIFFS
and CLAY C. CLARK

v.                                    NO. 3:11CV00234-JLH-BD

DOES                                                              DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of February, 20012.

_____
UNITED STATES DISTRICT JUDGE