**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| MACK OLEN SELF and CLAY C. CLARK | PLAINTIFFS |
| v.    NO. 3:11CV00234-JLH-BD | |
| DOES | DEFENDANTS |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of February, 20012.

_____
UNITED STATES DISTRICT JUDGE